UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 24-CR-702 (RA) |
| AMGAD ABDOU, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On April 28, 2026, Defendant Amgad Abdou filed an "application requesting that this Court recommend to the Bureau of Prisons . . . that Mr. Abdou be placed in a Residential Reentry Center . . . for a period of six (6) months," pursuant to the Second Chance Act. *See* Dkt. 49; 18 U.S.C. § 3624(c). The Government and/or the Probation Department shall indicate whether they oppose this request no later than May 15, 2026.

SO ORDERED.

Dated:     April 29, 2025
           New York, New York

Ronnie Abrams
United States District Judge